## Commonwealth *v.* Davenport, Appellant.

Submitted March 12, 1973. *Thomas C. Zerbe, Jr.,* for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy*

*S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.